BARBER *v.* BUFFALOE.

W. A. BARBER v. W. H. BUFFALOE.

PETITION of defendant to rehear case reported in 111 N. C., 206.

*Mr. R. O. Burton*, for plaintiff.
*Mr. R. B. Peebles*, for defendant (petitioner).

PER CURIAM : After a careful consideration of the argument of counsel we are of the opinion that there is no ground for reversing our former ruling.

Petition Dismissed.

MACRAE, J., dissents.

A. W. GRAHAM v. L. C. EDWARDS.

*Practice — Docketing Appeal — Dismissal — Motion to Re-instate — Verbal Agreement of Counsel — Failure of Clerk to send up Record—Certiorari.*

1. An appeal not docketed before the close of the call of the District to which it belonged at the Term of this Court next succeeding the trial or (upon failure of appellee to move to dismiss under Rule 17) during the Term will be dismissed, on motion, if docketed at the Term following that at which it should have been docketed.

2. An alleged verbal agreement between counsel that an appeal not docketed at the proper time should go over to the next Term will not be considered if denied by the appellee. (Reiterated suggestions of the Court as to the necessity and propriety of having all agreements between counsel reduced to writing or noted in the minutes of the Court).